# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARLON CARTER

NO. 2021 KW 0361

**MAY 10, 2021**

---

In Re:   Marlon Carter, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge,
No. 04-15-0006.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT GRANTED.** The district court is ordered to act on relator's application for postconviction relief, filed January 27, 2020, on or before June 7, 2021, and to provide this court with a copy of its ruling by June 14, 2021.

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

_Renee Reed_

DEPUTY CLERK OF COURT
FOR THE COURT